**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **NORTHWEST HAMILTON LAKE** | ) | |
| **DEVELOPMENT CO., L.L.C.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 4:04CV487-SNL** |
| | ) | |
| **AMBANC COMMERCIAL LENDING** | ) | |
| **SERVICES, AMERICAN FEDERAL** | ) | |
| **INCORPORATED d/b/a Ambanc** | ) | |
| **Commercial Lending Services,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Plaintiff's request for a 60-day extension to respond to defendants' motion for summary judgment is before the Court. The case is set for trial on October 17, 2005. A 60-day extension would jeopardize the trial date, thus a three-week extension would be more appropriate, even considering counsel's problem.

Plaintiff may have a three-week extension to respond to defendants' motion for summary judgment.

Dated this ____15th____ day of July, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE